IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TAMERA A. FOXX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:10-0602 |
| ) | Judge Trauger |
| UNITED CHILD CARE, FELIX OSINIO, and ) | Magistrate Judge Brown |
| EMMA OSINIO, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On July 14, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 6), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

It is so **ORDERED.**

Enter this 9th day of August 2010.

_____
ALETA A. TRAUGER
U.S. District Judge